

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2022

No. 04-22-00062-CR

Ricardo **ARREOLA**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 20-05-0097-CRA
Honorable Walden Shelton, Judge Presiding

# O R D E R

On October 31, 2022, because the record contained no signed order reflecting the trial court's denial of Appellant's motion to suppress, we ordered the trial court to file a signed order. The trial court complied; our October 31, 2022 order is satisfied. We reinstate the appellate timetable.

**Appellant's brief is due on December 14, 2022**. *See* TEX. R. APP. P. 38.6(a)(1).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2022.

_____
Michael A. Cruz,
Clerk of Court